# Exhibit E



U.S. Department of Labor    Office of Federal Contract
Compliance Programs
200 Constitution Avenue, N.W.
Washington, D.C. 20210

JAN 2 9 2018

Will Evans
The Center for Investigative Reporting
1400 65th, Suite 200
Emeryville, CA 94608

RE: Freedom of Information Act Request – Tracking No. 838133

Dear Mr. Evans:

This letter is our final response to your consolidated Freedom of Information Act (FOIA) request. Please refer to the FOIA tracking number 838133 in any future correspondence regarding this FOIA request.

Under FOIA, you requested the EEO-1 report from fifteen (15) companies. We have summarized the results of the consolidated request in Attachment A.

We consider you to be a "news media" type of requestor. As a "news media" requestor, you are charged for photocopying after the first 100 pages in accordance with the U.S. Department of Labor FOIA regulations at 29 CFR § 70.40(c)(4).

We believe we have been responsive to your FOIA request. Should you have questions regarding your request, please contact this office at (202) 693-0101 or by email at OFCCP_NO_FOIA@dol.gov.

If you need any further assistance or would like to discuss any aspect of your request, please do not hesitate to contact this office or the DOL FOIA Public Liaison, Thomas Hicks, at (202) 693-5427. Alternatively, you may contact the Office of Government Information Services within the National Archives and Records Administration (OGIS) to inquire the mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001. You can also reach that office by e-mail at ogis@nara.gov, by phone at (202) 741-5770, by fax at (202) 741-5769, or by calling toll-free at (877) 684-6448.

If you are not satisfied with the response to this request, you may administratively appeal by writing to the Solicitor of Labor within 90 days from the date of this letter. The appeal must state in writing the grounds for the appeal, and it may include any supporting statements or arguments, but such statements are not required. In order to facilitate processing of the appeal,

please include your mailing address and daytime telephone number, as well as a copy of the initial request and copy of this letter. The envelope and letter of the appeal should be clearly marked "Freedom of Information Act Appeal." Any amendment to the appeal must be made in writing and received prior to a decision. The appeal should be addressed to the Solicitor of Labor, Division of Management and Administrative Legal Services, U.S. Department of Labor, 200 Constitution Avenue, NW, Room N2420, Washington, DC 20210. Appeals may also be submitted by email to foiaappeal@dol.gov. Appeals submitted to any other email address will not be accepted.

Sincerely,

D. Lissette Geán
Special Assistant

Attachment A

Companies with no data in OFCCP EEO-1 database

- Fitbit
- Slack Technologies

Companies with no qualifying federal contract during FY 2015

- Dropbox
- Github
- Tesla

Companies that objected to the release of their data on the grounds of FOIA Exemption 4

- Gilead Sciences
- HP
- Oracle
- Palantir
- Pandora Media
- PayPal
- Splunk Inc
- Synnex

Companies that did not object to the release of their data

- salesforce.com, inc.
- VMware