# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| **Case No.:** 18-cv-02008-JCS | **Case Name:** The Center for Investigative Reporting (CIR) v. U.S. Department of Labor | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: October 12, 2018 | **Time:** 3 minutes |

**Attorney for Plaintiff:** n/a
**Attorney for Defendant:** Douglas Chang

**Deputy Clerk:** Theresa Hoang          **Court Reporter:** Not Reported

## PROCEEDINGS

1. Case Management Conference - Held

## SUMMARY

Plaintiff in this matter did not appear. Order to show cause on why the case should not be dismissed for failure to prosecute and failure to appear will be issued. Defendant is to complete responses and document production by the end of November. Joint updated case management statement and OSC due 11/30/2018.

**CASE CONTINUED TO:**   12/7/2018      at 2:00 PM for a Further Case Management Conference.