UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al., <br><br> Plaintiffs. <br><br> v. <br><br> U.S. DEPARTMENT OF LABOR, <br><br> Defendant. | Case No. 18-cv-02008-JCS <br><br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 22 |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on October 12, 2018, before this Court in the above-entitled case. Plaintiff was not present. Defendant was present.

IT IS HEREBY ORDERED that Plaintiff appear on **December 7, 2018, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to appear at the case management conference on October 12, 2018, for failure to prosecute, and for failure to comply with the Court's Order of August 22, 2018. A further case management conference is also scheduled for **December 7, 2018**, **at 2:00 p.m.**

IT IS SO ORDERED.

Dated: October 17, 2018

_____
JOSEPH C. SPERO
Chief Magistrate Judge